■ WILLIAM A. JACOBSON et al., Appellants, v SUSAN CHERNEY et al., Respondents. [642 NYS2d 546] —Appeal by the plaintiff from an amended order of the Supreme Court, Nassau County (O'Brien, J.), dated October 28, 1994.

Ordered that the amended order is affirmed, with costs, for reasons stated by Justice O'Brien at the Supreme Court. Bracken, J. P., Balletta, Thompson and Hart, JJ., concur.